**Order entered May 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01130-CV

### CARLOS A.L. VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13686-C**

## ORDER

Before the Court is appellant's April 17, 2013 motion for a copy of the clerk's record and the reporter's record. On February 12, 2013, the Court received notice from Antionette Reagor, Official Court Reporter for the 68th Judicial District Court of Dallas County, Texas, that no hearings were recorded in this case. Accordingly, we **GRANT** appellant's motion to the extent that we **DIRECT** the Clerk of this Court to send appellant a paper copy of the clerk's record.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE